Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Plaintiff
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of the Complaint of<br><br>GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, as Owner and Operator of the M/S SAN FRANCISCO,<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability. | Case No.: CV-13-5875<br><br>[PROPOSED] NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY [AMENDED] |

NOTICE IS HEREBY GIVEN that plaintiff GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT ("plaintiff"), owner and operator of that certain vessel, the M/S SAN FRANCISCO, built in or about 1974, with an approximate length of 165 feet, bearing registration number 586350 (hereinafter referred to as "the M/S SAN FRANCISCO") has on December 18, 2013, filed a complaint wherein it claims that any losses, damages, or injuries allegedly occasioned, sustained, or incurred upon or in any manner arising out of the operation of the M/S SAN FRANCISCO on or about its voyage on San Francisco Bay on February 16, 2013, in which a small boat collided with the M/S SAN FRANCISCO and the boat's operator was killed and the passenger injured, were not the result of any negligence on plaintiff's part or any

1

unseaworthiness of the vessel or that any such negligence or unseaworthiness was without the knowledge or privity of plaintiff. Said complaint seeks exoneration from or limitation of liability for any losses, damages, or injures allegedly occasioned, sustained, or incurred upon or in any manner arising out of said voyage.

All persons, concerns, or firms having claims for such loss, damage, or injury must file said claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims, on or before February 19, 2014, with the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, and serve on or mail a copy thereof to plaintiff's attorneys Sterling & Clack, 601 Van Ness Avenue, Suite 2018, San Francisco, CA 94102, Attention: Rex M. Clack, or be defaulted.

Any claimant desiring to contest the right of the plaintiff to exoneration from or limitation of liability must file an answer to the said complaint with this Court, unless his claim has contained an answer, and serve on or mail to plaintiff's attorney a copy thereof on or before the date hereinabove set forth, as required by the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims.

IT IS ORDERED this 23rd day of December, 2013 at San Francisco, California

_____
JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California

2

[PROPOSED] NOTICE OF ACTION FOR EXONERATION
FROM OR LIMITATION OF LIABILITY                                          Case No.