1 | Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
2 | David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
3 | STERLING & CLACK
A Professional Corporation
4 | 601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
5 | Telephone: (415) 543-5300
6 | Facsimile: (415) 543-3335

7

Attorneys for Plaintiff
8 | GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT
9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | In the Matter of the Complaint of       )   Case No.:   **CV 13 5875** JST
14 |                                        )
15 | GOLDEN GATE BRIDGE, HIGHWAY &           )   [PROPOSED] SPECIAL RESTRAINING
| TRANSPORTATION DISTRICT, as Owner         )   ORDER
16 | and Operator of the M/S SAN FRANCISCO,  )
|                                           )
17 |              Plaintiff,                 )
|                                           )
18 | For Exoneration From or Limitation of Liability.)
19 | _____ )

20 |        Now on motion of Sterling & Clack, attorneys for plaintiff GOLDEN GATE BRIDGE,

21 | HIGHWAY & TRANSPORTATION DISTRICT ("plaintiff"), as owner and operator of that certain

22 | vessel, the M/S SAN FRANCISCO, built in or about 1974, with an approximate length of 165 feet,

23 | bearing registration number 586350 (hereinafter referred to as "the M/S SAN FRANCISCO"),

24 |        IT IS HEREBY ORDERED that the institution and prosecution of any and all suits, actions,

25 | or legal proceedings of any nature or description whatsoever, except in this proceeding for

26 | exoneration from or limitation of liability, against the plaintiff with respect to any claim arising out

27 | of or connected with the incident which occurred on or about February 16, 2013, while the M/S

28 | SAN FRANCISCO plied the navigable waters of San Francisco Bay, and when a small boat

1

[PROPOSED] SPECIAL RESTRAINING ORDER                                    Case No.

1  collided with it allegedly resulting in the death of said boat's operator and injury to its passenger, be
2  and hereby are stayed and restrained until the hearing and determination of this proceeding,
3  pursuant to Federal Rule of Civil Procedure Supplemental Rule for Admiralty and Maritime Claims
4  F(3), and
5      IT IS FURTHER ORDERED that the service of this Order as a Restraining Order be made:
6  (1) within this District, by delivery of a certified copy hereof to the person or persons to be
7  restrained, or to their respective attorneys; and (2) in any other District, by the United States
8  Marshal for such District delivering a certified copy of this order to the person or persons to be
9  restrained or to their respective attorneys, in case any action, suit or legal proceedings have been
10 taken.
11     IT IS ORDERED this __23rd__ day of __December__. 201_3_, at San Francisco,
12 California.

_____
JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California
HON. JON S. TIGAR

2

[PROPOSED] SPECIAL RESTRAINING ORDER                                        Case No.