1  Rex M. Clack, Esq. (SBN 59237)
   rclack@sc-law.us
2  David E. Russo, Esq. (SBN 112023)
   drusso@sc-law.us
3  STERLING & CLACK
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2018
5  San Francisco, California 94102
   Telephone: (415) 543-5300
6  Facsimile: (415) 543-3335

7  Attorneys for Plaintiff
8  GOLDEN GATE BRIDGE, HIGHWAY &
   TRANSPORTATION DISTRICT
9
10              UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12               SAN FRANCISCO DIVISION
13
14  In the Matter of the Complaint of        )  Case No. **CV  13  5875** JST
                                             )
15                                           )  [PROPOSED] ORDER DIRECTING
    GOLDEN GATE BRIDGE, HIGHWAY &            )  ISSUANCE OF MONITION AND SPECIAL
16  TRANSPORTATION DISTRICT, as Owner        )  RESTRAINING ORDER
    and Operator of the M/S SAN FRANCISCO,   )
17                                           )
18              Plaintiff,                   )
                                             )
19  For Exoneration From or Limitation of Liability.)
20  ─────────────────────────────────────────)

21       A complaint having been filed herein by GOLDEN GATE BRIDGE, HIGHWAY &

22  TRANSPORTATION DISTRICT ("plaintiff"), as owner of that certain vessel, the M/S SAN

23  FRANCISCO, built in or about 1974, with an approximate length of 165 feet, bearing Registration

24  Number 586350 (hereinafter referred to as "the M/S SAN FRANCISCO"), seeking exoneration

25  from or limitation of liability as provided for by statute, for all losses, damages, or injuries

26  occasioned, sustained, or incurred upon, or in any manner arising out of a voyage of said vessel

27  which occurred on or about February 16, 2013, while the M/S SAN FRANCISCO plied the

28  navigable waters of San Francisco Bay.

                                    1

1    It appearing from plaintiff's complaint that the value of the vessel after the incident does not

2  exceed $309,680, and that claims have been and may be asserted against plaintiff for loss and

3  damage and that said claims are subject to limitation in the action now on file in this Court;

4    Now, upon application of the plaintiff herein,

5    IT IS HEREBY ORDERED that a Notice and Monition issue out of and under the seal of

6  this Court to and against all persons, concerns, or firms claiming damages for any and all losses,

7  damages, or injuries occasioned, sustained, or incurred upon, or in any manner arising out of or

8  consequent upon, said voyage of the M/S SAN FRANCISCO which occurred on February 16, 2013

9  while it plied the navigable waters of San Francisco Bay, and when a small boat collided with it

10 allegedly resulting in injuries and death of persons aboard said boat, admonishing them and each of

11 them to appear and file their respective claims with the Clerk of this Court on or before  February

12    19    , 2014 and to make due proof of their respective claims in such manner as may

13 hereinafter be directed by further order of this Court, subject to the right of any persons, concerns,

14 or firms to controvert or question said claims, with liberty also to any such claimants who have duly

15 filed their claims to answer the complaint herein and to file such answer with the Clerk of this Court

16 on or before the date specified above; and

17    IT IS FURTHER ORDERED that public notice of said monition pursuant to the Federal

18 Rules of Civil Procedure, Supplemental Rule F(4) for Admiralty and Maritime Claims, shall be

19 given by publication in a newspaper of general circulation in San Francisco, California published

20 once a week for four successive weeks prior to the date fixed herein for the filing of claims; and

21    IT IS FURTHER ORDERED that not later than the date of the second publication of said

22 notice, the plaintiff shall mail or cause to be mailed a copy of the said notice to every person, firm

23 or concern known to have made any claim against the plaintiff or the M/S SAN FRANCISCO

24 arising from the aforementioned voyage; and

25    IT IS FURTHER ORDERED that the institution and prosecution of any suits, actions, or

26 legal proceedings of any nature or description whatsoever in any court, except in this proceeding for

27 exoneration from or limitation of liability, against the plaintiff in respect of any claim or claims

28 arising out of, occasioned by, or in any way consequent upon the aforementioned voyage of the M/S

2

[PROPOSED] ORDER DIRECTING                    Case No.
ISSUANCE OF MONITION AND
SPECIAL RESTRAINING ORDER

1 | SAN FRANCISCO, or the incident in which it was involved, or otherwise subject to limitation in

2 | this proceeding, be and the same are hereby enjoined, this special restraining order to remain in

3 | effect until the determination of the action in this Court; and

4 |       IT IS FURTHER ORDERED that service of this Order as a restraining order shall be made

5 | by delivering a certified copy of this to the person or persons to be restrained, or to their respective

6 | attorneys or representatives.

7 |

8 | IT IS ORDERED this 23rd day of December, 2013 at San Francisco, California.

9 |

10 |                                   JUDGE OF THE U.S. DISTRICT COURT

11 |                                   For the Northern District of California

12 |                                   HON JON S. TIGAR

3

[PROPOSED] ORDER DIRECTING                    Case No.
ISSUANCE OF MONITION AND
SPECIAL RESTRAINING ORDER