Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Plaintiff
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of the Complaint of<br><br>GOLDEN GATE BRIDGE, HIGHWAY &<br>TRANSPORTATION DISTRICT, as Owner<br>and Operator of the M/S SAN FRANCISCO,<br><br>Plaintiff,<br><br>For Exoneration From or Limitation of Liability. | Case No. CV 13 5875 JST<br><br>[PROPOSED] ORDER DIRECTING<br>ISSUANCE OF MONITION AND SPECIAL<br>RESTRAINING ORDER |

A complaint having been filed herein by GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT ("plaintiff"), as owner of that certain vessel, the M/S SAN FRANCISCO, built in or about 1974, with an approximate length of 165 feet, bearing Registration Number 586350 (hereinafter referred to as "the M/S SAN FRANCISCO"), seeking exoneration from or limitation of liability as provided for by statute, for all losses, damages, or injuries occasioned, sustained, or incurred upon, or in any manner arising out of a voyage of said vessel which occurred on or about February 16, 2013, while the M/S SAN FRANCISCO plied the navigable waters of San Francisco Bay.

1

1   It appearing from plaintiff's complaint that the value of the vessel after the incident does not
2 exceed $309,680, and that claims have been and may be asserted against plaintiff for loss and
3 damage and that said claims are subject to limitation in the action now on file in this Court;
4   Now, upon application of the plaintiff herein,
5   IT IS HEREBY ORDERED that a Notice and Monition issue out of and under the seal of
6 this Court to and against all persons, concerns, or firms claiming damages for any and all losses,
7 damages, or injuries occasioned, sustained, or incurred upon, or in any manner arising out of or
8 consequent upon, said voyage of the M/S SAN FRANCISCO which occurred on February 16, 2013
9 while it plied the navigable waters of San Francisco Bay, and when a small boat collided with it
10 allegedly resulting in injuries and death of persons aboard said boat, admonishing them and each of
11 them to appear and file their respective claims with the Clerk of this Court on or before  February
12 ___19___, 2014 and to make due proof of their respective claims in such manner as may
13 hereinafter be directed by further order of this Court, subject to the right of any persons, concerns,
14 or firms to controvert or question said claims, with liberty also to any such claimants who have duly
15 filed their claims to answer the complaint herein and to file such answer with the Clerk of this Court
16 on or before the date specified above; and
17   IT IS FURTHER ORDERED that public notice of said monition pursuant to the Federal
18 Rules of Civil Procedure, Supplemental Rule F(4) for Admiralty and Maritime Claims, shall be
19 given by publication in a newspaper of general circulation in San Francisco, California published
20 once a week for four successive weeks prior to the date fixed herein for the filing of claims; and
21   IT IS FURTHER ORDERED that not later than the date of the second publication of said
22 notice, the plaintiff shall mail or cause to be mailed a copy of the said notice to every person, firm
23 or concern known to have made any claim against the plaintiff or the M/S SAN FRANCISCO
24 arising from the aforementioned voyage; and
25   IT IS FURTHER ORDERED that the institution and prosecution of any suits, actions, or
26 legal proceedings of any nature or description whatsoever in any court, except in this proceeding for
27 exoneration from or limitation of liability, against the plaintiff in respect of any claim or claims
28 arising out of, occasioned by, or in any way consequent upon the aforementioned voyage of the M/S

[PROPOSED] ORDER DIRECTING                                         Case No.
ISSUANCE OF MONITION AND
SPECIAL RESTRAINING ORDER

1  SAN FRANCISCO, or the incident in which it was involved, or otherwise subject to limitation in
2  this proceeding, be and the same are hereby enjoined, this special restraining order to remain in
3  effect until the determination of the action in this Court; and
4      IT IS FURTHER ORDERED that service of this Order as a restraining order shall be made
5  by delivering a certified copy of this to the person or persons to be restrained, or to their respective
6  attorneys or representatives.

8  IT IS ORDERED this 23rd day of December, 2013 at San Francisco, California.

_____
JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California
HON JON S. TIGAR

[PROPOSED] ORDER DIRECTING                  Case No.
ISSUANCE OF MONITION AND
SPECIAL RESTRAINING ORDER