1  Rex M. Clack, Esq. (SBN 59237)
   rclack@sc-law.us
2  David E. Russo, Esq. (SBN 112023)
   drusso@sc-law.us
3  STERLING & CLACK
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2018
5  San Francisco, California 94102
   Telephone:  (415) 543-5300
6  Facsimile:  (415) 543-3335

7  Attorneys for Plaintiff
8  GOLDEN GATE BRIDGE, HIGHWAY &
   TRANSPORTATION DISTRICT
9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  In the Matter of the Complaint of          )   Case No.: CV 13 5875 JST
                                               )
14                                             )
   GOLDEN GATE BRIDGE, HIGHWAY &               )   **[PROPOSED] SECOND AMENDED**
15  TRANSPORTATION DISTRICT, as Owner          )   **NOTICE OF ACTION BROUGHT FOR**
   and Operator of the M/S SAN FRANCISCO,      )   **EXONERATION FROM OR LIMITATION**
16                                             )   **OF LIABILITY**
                                               )
17               Plaintiff,                    )
                                               )
18  For Exoneration From or Limitation of Liability.)
19  _____ )

20          NOTICE IS HEREBY GIVEN that plaintiff GOLDEN GATE BRIDGE, HIGHWAY &

21  TRANSPORTATION DISTRICT ("plaintiff"), owner and operator of that certain vessel, the M/S

22  SAN FRANCISCO, built in or about 1974, with an approximate length of 165 feet, bearing

23  registration number 586350 (hereinafter referred to as "the M/S SAN FRANCISCO") has, on

24  December 18, 2013, filed a complaint wherein it claims that any losses, damages, or injuries

25  allegedly occasioned, sustained, or incurred upon or in any manner arising out of the operation of

26  the M/S SAN FRANCISCO on or about its voyage on San Francisco Bay on February 16, 2013, in

27  which a small boat collided with the M/S SAN FRANCISCO and the boat's operator was killed and

28  the passenger injured, were not the result of any negligence on plaintiff's part or any

                                      1

unseaworthiness of the vessel or that any such negligence or unseaworthiness was without the knowledge or privity of plaintiff.  Said complaint seeks exoneration from or limitation of liability for any losses, damages, or injuries allegedly occasioned, sustained, or incurred upon or in any manner arising out of said voyage.

All persons, concerns, or firms having claims for such loss, damage, or injury must file said claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims, on or before February 19, 2014, with the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, and serve on or mail a copy thereof to plaintiff's attorneys Sterling & Clack, 601 Van Ness Avenue, Suite 2018, San Francisco, CA 94102, Attention: Rex M. Clack, or be defaulted.

Any claimant desiring to contest the right of the plaintiff to exoneration from or limitation of liability must file an answer to the said complaint with this Court, unless his claim has contained an answer, and serve on or mail to plaintiff's attorney a copy thereof on or before the date hereinabove set forth, as required by the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims.

IT IS ORDERED this __9th__ day of January, 2014 at San Francisco, California.


_____
HON. JON S. TIGAR
JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California

2