Philip R. Weltin, Esq. SBN 46141
Jason Green-Lowe, Esq. SBN 271586
WELTIN, STREB & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California  94612
Telephone      (510) 251-6060
Facsimile       (510) 251-6040
Jason@weltinlaw.com

Attorneys for Defendant and Cross-Complainant
DAVID P. RHOADES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| In the Matter of the Complaint of | Case No. 3:13-cv-05875-JST |
|---|---|
| GOLDEN GATE BRIDGE, HIGHWAY & TRNASPORTATION DISTRICT, as Owner and Operator of the M/S SAN FRANCISCO;<br><br>Plaintiff in Limitation;<br><br>vs.<br><br>DAVID P. RHOADES, and MARY HOLZHAUER, as the Personal Representative of HARRY HOLZHAUER, DECEASED; and ESTATE OF HARRY HOLZHAUER;<br><br>Claimants and Respondents. | **STIPLUATION AND [PROPOSED] ORDER PERMITTING FILING OF SURREPLY AND SHORT RESPONSE RE: PETITION TO LIFT DEFAULT AND ACCEPT CLAIM** |

1

STIPULATION TO ALLOW FILING OF SURREPLY AND SHORT RESPONSE RE: PETITION TO LIFT DEFAULT

1  WHEREAS, the parties having had an opportunity, after the filing of Claimant's Motion for
2  Administrative Relief, to further meet and confer regarding that Motion, and WHEREAS, the parties
3  have agreed on what they urge is a reasonable solution, Claimant David P. Rhoades and Petitioner
4  Golden Gate District hereby STIPULATE to the following:
5  (1) Claimant's Sur-Reply in Support of Petition to Lift Default, attached as an exhibit to the
6  previously filed Motion for Administrative Relief, shall be deemed filed; *and*
7  (2) Within 48 hours of the Court's Order approving this stipulation, Petitioner shall file a
8  Short Response to that Sur-Reply, not to exceed two (2) pages in length.

10 IT IS SO STIPULATED.

12 Dated:  October 20, 2014                              WELTIN, STREB & WELTIN LLP

14                                                       _____/s/_____
15                                                       Jason Green-Lowe, Esq.
                                                         Attorneys for Claimant David P. Rhoades
16
17 Dated:  October 20, 2014                              STERLING & CLACK, P.C.

19                                                       _____/s/_____
20                                                       David E. Russo, Esq.
                                                         Attorneys for Petitioner Golden Gate District

22 The Parties' Stipulation having come before the Court, and good cause appearing,
23 IT IS SO ORDERED.

25 Dated:  October 20, 2014

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jon S. Tigar]*

2
STIPULATION TO ALLOW FILING OF SURREPLY AND SHORT RESPONSE RE: PETITION TO LIFT DEFAULT